Filed 7/22/13  P. v. Sargent CA3

NOT TO BE PUBLISHED

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

THIRD APPELLATE DISTRICT

(Tehama)

----

| | |
|---|---|
| THE PEOPLE,<br><br>       Plaintiff and Respondent,<br><br>v.<br><br>JEFFERY JACK SARGENT,<br><br>       Defendant and Appellant. | C072747<br><br>(Super. Ct. No. NCR84917) |

On September 12, 2012, defendant Jeffery Jack Sargent went to his mother's home.  When she refused to open the door, defendant produced a knife with an eight-inch blade and yelled through a window, "I'm going to stab you and nanny like they stabbed the guy in the bar."  He then threatened to kill her and burn down the house.

Defendant pleaded guilty to criminal threats and admitted a probation violation in an unrelated case.  The trial court sentenced defendant to three years in state prison and imposed various fines and fees.  The trial court later awarded 126 days of presentence credit (63 actual and 63 conduct).

Defendant appeals. He did not obtain a certificate of probable cause.

1

We appointed counsel to represent defendant on appeal.  Counsel filed an opening brief that sets forth the facts of the case and requests this court to review the record and determine whether there are any arguable issues on appeal.  (*People v. Wende* (1979) 25 Cal.3d 436.)  Defendant was advised by counsel of the right to file a supplemental brief within 30 days of the date of filing of the opening brief.  More than 30 days elapsed, and we received no communication from defendant.  Having undertaken an examination of the entire record, we find no arguable error that would result in a disposition more favorable to defendant.

DISPOSITION

The judgment is affirmed.


      HULL      , Acting P.  J.


We concur:


     ROBIE     , J.


     MAURO     , J.